UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PAULA SORUM, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| JC PENNEY COMPANY, INC., ) | |
| formerly known as J.C. Penney Company, Inc., ) | No. 5:10-CV-442-BR |
| Defendant. ) | |
| ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt, for consideration of plaintiff's motion for remand.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to remand is GRANTED, and this case is REMANDED to Cumberland County Superior Court. The court finds that the defendant has not met its burden to sustain removal, and this court finds it lacks subject matter jurisdiction over this matter.

**This judgment filed and entered on January 24, 2011, and served on:**

Coy. E. Brewer (via CM/ECF Notice of Electronic Filing)
Andrew J. Hanley (via CM/ECF Notice of Electronic Filing)
Linda Priest, Clerk of Cumberland County Superior Court (via US Mail)

January 24, 2011                    /s/ Dennis P. Iavarone
                                     Clerk of Court